UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MALBERG,<br><br>          Plaintiff,<br><br>     v.<br><br>DEANNA LAO,<br><br>          Defendant. | Case No.  5:22-cv-02248-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 4 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that this case be dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order on the Parties. The Clerk shall close the file.

Dated: June 27, 2022

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-02248-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

1